HON. TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELECTRONIC SCRIPTING PRODUCTS, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JONES SODA CO. and JONES SODA CO. (USA) INC.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 23-cv-1344-TL<br><br>**SECOND STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND ~~(PROPOSED)~~ ORDER**<br><br>NOTING DATE: November 13, 2023 |

### Stipulation

Pursuant to LCR 7(d)(1), Plaintiff Electronic Scripting Products, Inc. ("Plaintiff") and Defendants Jones Soda Co. and Jones Soda Co. (USA) Inc. ("Defendants"), by and through their undersigned counsel of record, jointly stipulate and agree as follows:

　　1.　　Plaintiff filed the Complaint in this action on August 30, 2023;

　　2.　　Plaintiff served the Complaint on Defendants on September 20, 2023;

　　3.　　In accordance with Fed. R. Civ. P. 12(a)(1)(A), Defendants' response to the Complaint initially was due by October 11, 2023 (the "Answer Deadline");

　　4.　　On October 9, 2023, the Parties submitted their first Stipulated Motion for Extension of Time to Answer Complaint (Dkt. #10), which was granted by the Honorable Brian A. Tsuchida on October 10, 2023, extending the Answer Deadline to November 10, 2023.

2ND STIPULATED MOTION FOR EXTENSION OF TIME AND ~~(PROPOSED)~~ ORDER - 1
CASE NO. 23-cv-1344-TL

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

5.  The Parties have agreed to a further 30-day extension of the Answer Deadline to allow the Parties an additional opportunity to explore the possibility of settlement, such that Defendants' response to the Complaint will be due on or before December 10, 2023; and

6.  No Party will be prejudiced by the above deadline, and this motion is not made for the purpose of delay or any other improper purpose.

DATED this 10th day of November, 2023.

SUMMIT LAW GROUP, PLLC
Attorneys for Defendants

By *s/ Christopher T. Wion*
Christopher T. Wion, WSBA #33207
chrisw@summitlaw.com
315 5th Ave. S., Ste. 1000
Seattle, WA  98104
Tel: (206) 676-7000

BANIE & ISHIMOTO LLP
Attorneys for Plaintiff Electronic Scripting Products, Inc.

By *s/ John A. Lee (per email authorization)*
John A. Lee, WSBA #35550
jlee@banishlaw.com
2100 Geng Road., Ste. 210
Palo Alto, CA  94403
Tel: (650) 241-2774

### ~~(Proposed)~~ Order

IT IS SO ORDERED.  Defendants' response to Plaintiff's Complaint shall be due on or before December 10, 2023.

DATED: November 14, 2023

*[signature]*

Tana Lin
United States District Judge

2ND STIPULATED MOTION FOR EXTENSION OF TIME AND ~~(PROPOSED)~~ ORDER - 2
CASE NO. 23-cv-1344-TL

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001