HON. TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELECTRONIC SCRIPTING PRODUCTS, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JONES SODA CO. and JONES SODA CO. (USA) INC.,<br><br>　　　　　　　　Defendants. | CASE NO. 23-cv-1344-TL<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME FOR INITIAL DISCLOSURE DEADLINE AND JOINT STATUS REPORT AND ~~(PROPOSED)~~ ORDER**<br><br>NOTING DATE: November 27, 2023 |

**Stipulation**

Pursuant to LCR 7(d)(1), Plaintiff Electronic Scripting Products, Inc. ("Plaintiff") and Defendants Jones Soda Co. and Jones Soda Co. (USA) Inc. ("Defendants"), by and through their undersigned counsel of record, jointly stipulate and agree as follows:

1.　Plaintiff filed the Complaint in this action on August 30, 2023;

2.　Plaintiff served the Complaint on Defendants on September 20, 2023;

3.　In accordance with Fed. R. Civ. P. 12(a)(1)(A), Defendants' response to the Complaint initially was due by October 11, 2023 (the "Answer Deadline");

4.　On October 9, 2023, the Parties submitted their first Stipulated Motion for Extension of Time to Answer Complaint (Dkt. #10), which was granted by the Honorable Brian A. Tsuchida on October 10, 2023, extending the Answer Deadline to November 10, 2023.

STIPULATED MOTION FOR EXTENSION OF TIME AND ~~(PROPOSED)~~ ORDER - 1
CASE NO. 23-cv-1344-TL

BANIE & ISHIMOTO, LLC
2100 GENG ROAD, SUITE 210
PALO ALTO, CA 94303
Telephone:  (650) 241-2774
Fax:  (650) 241-2770

5.   On November 10, 2023, the Parties submitted their second Stipulated Motion for Extension of Time to Answer Complaint (Dkt. #10), which was granted on November 14, 2023, extending the Answer Deadline to December 10, 2023.

6.   On October 17, 2023, the Court issued an Order Regarding Initial Disclosures and Joint Status Report for Patent Cases (Dkt. No. 15). Under this order, the initial disclosure deadline is November 28, 2023, and the Joint Status Report is due by December 12, 2023.

7.   The Parties have agreed to a 14-day extension of the initial disclosure and Joint Status Report dates to allow the Parties an additional opportunity to explore the possibility of settlement, such that the initial disclosure date deadline would be December 12, 2023 and the Joint Status Report due by December 26, 2023; and

8.   No Party will be prejudiced by the above deadline, and this motion is not made for the purpose of delay or any other improper purpose.

DATED this 27th day of November, 2023.

BANIE & ISHIMOTO LLP
Attorneys for Plaintiff Electronic Scripting Products, Inc.

By *s/ John A. Lee*
John A. Lee, WSBA #35550
jlee@banishlaw.com
2100 Geng Road., Ste. 210
Palo Alto, CA  94403
Tel: (650) 241-2774

SUMMIT LAW GROUP, PLLC
Attorneys for Defendant Jones Soda Co.

By *s/ Christopher T. Wion (per email authorization)*
Christopher T. Wion, WSBA #33207
chrisw@summitlaw.com

STIPULATED MOTION FOR EXTENSION OF TIME AND (PROPOSED) ORDER - 2
CASE NO. 23-cv-1344-TL

BANIE & ISHIMOTO, LLC
2100 GENG ROAD, SUITE 210
PALO ALTO, CA 94303
Telephone:  (650) 241-2774
Fax:  (650) 241-2770

315 5th Ave. S., Ste. 1000<br>
Seattle, WA  98104<br>
Tel: (206) 676-7000

### ~~(Proposed)~~ Order

IT IS SO ORDERED.  The initial disclosure date deadline is December 12, 2023, and the Joint Status Report is due by December 26, 2023.

DATED: November 30, 2023

_____
Tana Lin
United States District Judge

---

STIPULATED MOTION FOR EXTENSION OF TIME AND ~~(PROPOSED)~~ ORDER - 3
CASE NO. 23-cv-1344-TL

BANIE & ISHIMOTO, LLC
2100 GENG ROAD, SUITE 210
PALO ALTO, CA 94303
Telephone:  (650) 241-2774
Fax:  (650) 241-2770